_____ FILED       _____ ENTERED
_____ LOGGED  _____ RECEIVED

**4:38 pm, Jun 26 2020**
AT  BALTIMORE
CLERK, U.S. DISTRICRT COURT
DISTRICT OF MARYLAND
BY ___crp_____Deputy

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| **IN THE MATTER OF THE AFFIDAVIT IN SUPPORT OF A SEARCH WARRANT AUTHORIZING A DNA SAMPLE COLLECTION FROM DAQUAN HOLBROOK** | Case No. ___1:20-mj-1495 TMD___ |

## AFFIDAVIT IN SUPPORT OF
## APPLICATION FOR A SEARCH WARRANT

I, David Azur, a Task Force Officer with the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF"), being duly sworn, depose and state as follows:

### INTRODUCTION

1.      The ATF and Baltimore Police Department ("BPD") have been investigating Daquan HOLBROOK for violation of 18 U.S.C. § 922(g) (possession of a firearm by a prohibited person).  This affidavit is being submitted in support of an application for a search warrant pursuant to Federal Rule of Criminal Procedure 41 to obtain samples of DNA for comparison purposes in the form saliva from Daquan HOLBROOK, a man born in 1997 and assigned an FBI number ending in 0DH3, as depicted in Attachment A.  HOLBROOK is incarcerated at the Metropolitan Transition Center, 954 Forrest Street, Baltimore, Maryland.  The warrant would authorize members of the ATF, or their authorized representatives, to obtain DNA contained within saliva samples from HOLBROOK, as described in Attachment B.

2.      I submit this affidavit for the limited purpose of securing the requested warrant.  I have not included details of every aspect of this investigation to date.  Rather, I have set forth only those facts that I believe are necessary to establish probable cause supporting the warrant.  I have not, however, intentionally omitted information that would tend to defeat a determination of probable cause.

3.      I believe that probable cause exists that HOLBROOK possessed a firearm in violation of 18 U.S.C. § 922(g) on March 5, 2020.  Therefore, I respectfully request that this Court find probable cause that evidence of the aforementioned criminal violation is contained in the form of DNA in saliva in the possession of HOLBROOK.

## AFFIANT BACKGROUND

4.      I have been employed by BPD since December 28, 1993.  In 1997, I was assigned to a multi-jurisdictional Auto Theft Task Force.  In June of 2007, I was assigned to the Violent Crime Impact Division where I began to work with the High Intensity Drug Trafficking Area task force and became a Task Force Officer with the ATF.  I have received specialized training from the ATF, Federal Bureau of Investigation, and Drug Enforcement Agency, as well as the Multi-Jurisdictional Drug Task Force.

5.      I am familiar with firearm and narcotic statues, and the methods employed by those who commit violations of these statutes.  I have been the affiant on search warrants and made numerous arrests in the course of my career for firearm violations and other violent crimes.  I know, based on my training and experience, that Deoxyribonucleic Acid ("DNA") can be found on items such as clothing and firearms, and can be compared to a sample of DNA from a known person.  This comparison can help identify or eliminate suspects.  I further know that the Baltimore City Forensics lab will not test evidence for the presence of DNA (or do any subsequent comparison) without a standard to which it can be compared.

## PROBABLE CAUSE

6.      On March 5, 2020, BPD officers received a call regarding an individual armed with a handgun in the area of Woodbrook Avenue and Ruskin Road.  The individual was described as wearing all grey clothing.  The BPD Helicopter, Foxtrot, responded to the area to assist with

locating the suspect.  Foxtrot advised they located an individual in the area matching the description who appeared to have a heavy object in the front of his hoodie.

7.     Officers responded to the area and located the individual, later identified as Daquan HOLBROOK.  When HOLBROOK made eye contact with one of the officers, he began to flee on foot.  HOLBROOK was holding the front of his waistband area as he was running.  At one point, HOLBROOK slipped and fell.  As he got back up and began running again, officers saw him reach in the front of his waistband, as if he were attempting to retrieve an item from his waistband. Officers then ordered HOLBROOK to the ground, at which point he threw a large object to his left.  HOLBROOK was subsequently handcuffed without incident.

8.     Once HOLBROOK was handcuffed, officers began to look for the object that he threw.  They located a 9mm Taurus pistol, model G2C, loaded with 10 rounds of 9mm ammunition close by.  It was in a yard adjacent to where HOLBROOK had been arrested.  Foxtrot observed a heat signal coming from the firearm, indicating it had recently been held by a person.  The serial number had been obliterated, although it was ultimately restored by the BPD Firearms Unit and identified as AAN191220.

9.     The firearm was swabbed for possible presence of epithelial cells.  The swabs cannot be forwarded for DNA analysis until a standard for a suspect is obtained and a comparison is requested.

## DNA AUTHORIZATION REQUEST

10.    Based on my training and experience, I believe that HOLBROOK's DNA will be on the firearm recovered during his arrest.  A known sample of his DNA is required in order to test and compare any and all DNA recovered. Accordingly, I am requesting authorization for a warrant to obtain samples of DNA for comparison purposes in the form of saliva from

HOLBROOK to compare to the swabs taken from the firearm and magazine that I believe was possessed by HOLBROOK in violation of 18 U.S.C. § 922(g), felon in possession.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

*David Azur, T.F.O.*

Task Force Officer David Azur
Bureau of Alcohol, Tobacco, Firearms and Explosives

Affidavit submitted by email and attested to me as true and accurate by telephone consistent with Fed. R. Crim. P. 4.1 and 41(d)(3) this June ___9___, 2020.

The Honorable Thomas M. DiGirolamo
United States Magistrate Judge

## <u>ATTACHMENT A</u>

**Photograph of Person to be Searched**

Daquan HOLBROOK
YOB: 1997
Currently residing at:  MTC
Last four digits of FBI No.: 0DH3



1:20-mj-1495 TMD

## **ATTACHMENT B**

### **Description of Items to be Seized**

Buccal (oral) swabs of the inside of HOLBROOK's mouth limited to the extent where sufficient samples of DNA are obtained.